No. 150. COLGATE-PALMOLIVE Co. ET AL. *v.* CARTER PRODUCTS, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should

be granted. *John T. Cahill* for petitioners. *George B. Finnegan, Jr., William L. Hanaway, William D. Denson* and *Morris Kirschstein* for respondents.